**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Langmi Technology Co., Ltd., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> The Partnerships and Unincorporated ) <br> Associations Identified on Schedule A, ) <br> ) <br> Defendants. ) | Case No.: 1:25-cv-01966 <br><br> Dist. Judge Sara L. Ellis <br><br> Mag. Judge M. David Weisman |

**Motion to Release Bond**

**NOW COMES** Shenzhen Langmi Technology Co., Ltd. ("Plaintiff"), by and through its undersigned counsel, and requests the Court release the injunction bond.

1. On July 16, 2025, Plaintiff deposited the sum of ten thousand dollars ($10,000) with the Clerk of the Court [Dkt. 48] to support the Temporary Restraining Order [Dkt. 43]. This deposit was required by the Temporary Restraining Order. [Dkt. 43]. On November 4, 2025, a notice of dismissal was filed for the remaining defendants, terminating the case. [Dkt. 70].

**WHEREFORE**, Plaintiff respectfully requires that Court to enter an Order directing the Clerk to return the bond deposit to Plaintiff's counsel, substantially in the form submitted herewith.

Dated this November 7, 2025

                                                                                       Respectfully submitted,

                                                                                       /s/Adam E. Urbanczyk
                                                                                       Adam E. Urbanczyk
                                                                                       AU LLC
                                                                                       444 W. Lake St. 17th Floor
                                                                                       Chicago, IL 60606
                                                                                       (312) 715-7312
                                                                                       adamu@au-llc.com
                                                                                       *Counsel for Plaintiff*